

# NUMBER 13-22-00339-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JERRY E. CRAWFORD AND
DEBORAH J. CRAWFORD,                                        **Appellants,**

**v.**

GREATHOUSE ROAD PARTNERS, LLC
AND TRES GROUP, LLC                                        **Appellees.**

**On appeal from the 40th District Court
of Ellis County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellants' unopposed amended motion to dismiss appeal.[1] Appellants request dismissal, and appellees will not be prevented from seeking relief to which they would otherwise be entitled.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket

The Court, having considered appellants' motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the unopposed motion, costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). Because the appeal is dismissed at appellants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
15th day of December, 2022.

---

equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.